# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-481-BNB-RPM

**SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

v.

**WILLIAM L. EVELETH,**

    **Defendant.**

_____

### Order Directing the Clerk to Transfer Defendant William L. Eveleth's Remaining Monetary Obligation to Qwest Fair Fund Distribution Agent
_____

**The Court**, having considered Plaintiff's Stipulated Motion for an Order Directing the Clerk to Transfer Defendant William L. Eveleth's Remaining Monetary Obligation to Qwest Fair Fund Distribution Agent, hereby:

**Orders** that the Clerk of this Court is hereby directed, within ten (10) days of the receipt of Defendant's remaining monetary obligations, due April 24, 2006, pursuant to the Final Judgment, to issue a check in the name of SEC v. Qwest Communications Settlement Fund, tax payer ID# 20-2883195 and mail to Gilardi & Co., LLC, attn: Robert Forrest, 3301 Kerner Blvd., San Rafael, CA 94901.

Dated: April 17th , 2006

                                                                                       s/Richard P. Matsch

                                                                                       _____

                                                                                       **United States District Court Judge**